# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **CAROL A. BUSLER, individually and as Administratrix of the Estate of George T. Busler, deceased**<br>320 Meadow Highlands Drive<br>Apollo, Pennsylvania 15613<br><br>Plaintiff,<br><br>v.<br><br>**PATRICK J. O' BLOCK**<br>6722 Lake Road W<br>Ashtabula, Ohio 44004-9285<br><br>Defendant. | Case No.: 1:23-cv-2111<br><br>Judge:<br><br>**COMPLAINT**<br><br>**(Jury Demand Endorsed Hereon)**<br><br>Charles E. Boyk (0000494)<br>Michael A. Bruno (0033780)<br>Andrea R. Young (0096334)<br>Abagale E. McCurdy (0102435)<br>Charles E. Boyk Law Offices, LLC<br>1500 Timberwolf Drive<br>Holland, OH 43528<br>Telephone: (419) 241-1395<br>Facsimile: (419) 241-8731<br><br>cboyk@charlesboyk-law.com<br>mbruno@charlesboyk-law.com<br>ayoung@charlesboyk-law.com<br>amccurdy@charlesboyk-law.com<br><br>Attorneys for Plaintiff |

Now comes Plaintiff Carol A. Busler, individually and as Administratrix of the Estate of George T. Busler, deceased, by and through undersigned counsel, hereby file this wrongful death and survival action seeking compensatory damages against Defendant Patrick J. O' Block for injuries and damages arising from a boating crash that occurred on or about July 26, 2022, in Ashtabula, Ohio. In support of her claims, Plaintiff states as follows:

## THE PARTIES

1. Plaintiff Carol A. Busler is an individual and a resident of Apollo, Westmoreland County, Pennsylvania. Plaintiff Carol A. Busler is the widow of George T. Busler. George T. Busler died on July 26, 2022, and the Westmoreland County Register of Wills properly appointed Carol A. Busler the Administratrix of George Busler's Estate.

2. Defendant Patrick J. O' Block is an individual and resident of Ashtabula, Ashtabula County, Ohio.

## JURISDICTION AND VENUE

3. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

4. This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 because the Plaintiff's citizenship is diverse from the Defendant's citizenship, and because the amount in controversy exceeds seventy-five thousand dollars ($75,000.00).

5. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the collision described herein occurred in Ashtabula County, Ohio, which is located in this judicial district.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

7. On or about July 26, 2022, Mr. George Busler, Plaintiff Carol Busler's husband, accompanied Defendant Patrick O' Block and three other individuals on a fishing trip on Lake Erie in Ashtabula County, Ohio.

8. Defendant Patrick O' Block owned the boat that the Mr. Busler was on at the time of the incident.

9. At around 10:00 p.m., Defendant Patrick O' Block was operating the boat back toward land. While it was dark out, the skies were clear and all lights on the boat were on.

10. As Defendant Patrick O' Block was navigating the boat he crashed it into the Ashtabula west break water wall.

11. The United States Coast Guard responded to the scene and found George Busler unresponsive. CPR was performed on Mr. Busler until the Ashtabula Fire Department's boat arrived and they attempted to resuscitate Mr. Busler with the use of an AED. However, Mr. Busler was unable to be revived due to the severity of his injuries and was pronounced dead at Ashtabula County Medical Center. Mr. Busler's official cause of death was stated as blunt force injuries of the torso due to the boating crash.

12. It is suspected that alcohol was a factor in the crash.

**FIRST CAUSE OF ACTION**
(*Negligence - Defendant Patrick O' Block*)

13. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

14. Defendant Patrick O' Block owed George Busler a duty of care to adhere to the boating laws of the State of Ohio and to not operate the boat he was driving in such a manner that may cause injury to those on board, including George Busler.

15. Defendant Patrick O' Block breached these duties and was negligent by failing to control his boat and failing to adhere to local and state boating laws and causing a collision into the breakwater wall.

16. As a direct and proximate result of Defendant Patrick O' Block's negligence and breach of his duty of care, George Busler sustained catastrophic personal injuries, that resulted in death.

### SECOND CAUSE OF ACTION
(*Wrongful Death – Defendant Patrick O' Block*)

17. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

18. Defendant Patrick O' Block, failed to adhere to and deviated from the requisite standards of care set forth in the preceding causes of action.

19. Such failures and deviations directly caused and/or contributed to cause George T. Busler to suffer personal injuries and damages and ultimately his death. Mr. Busler's official cause of death was stated as blunt force injuries of the torso due to the boating crash.

20. As a direct and proximate result of the above failures and deviations, George T. Busler's surviving spouse, Carol Busler, sustained pecuniary loss including, but not limited to, medical, funeral, burial, internment, and estate expenses.

21. As a direct and proximate result of Defendant's negligence, George T. Busler's surviving spouse, sustained injuries and damages related to the loss of Mr. Busler's services and society.

### THIRD CAUSE OF ACTION
**(*Survival Action – Defendant Patrick O' Block*)**

22. Plaintiff incorporates by reference each preceding and succeeding paragraph as though fully rewritten herein.

23. Defendant Patrick O' Block failed to adhere to and deviated from the requisite standards of care set forth in the preceding causes of action.

24. Such failures and deviations directly and proximately caused and/or contributed to cause George T. Busler significant pain and suffering and ultimately his death.

25. As a direct and proximate result of the Defendant's negligence, George Busler's surviving spouse, Plaintiff Carol Busler, has suffered a loss of services of the decedent, a loss of the decedent's society, companionship, consortium, care, assistance, attention, protection, advice, guidance, counsel, instruction, training, and education.

26. As a direct and proximate result of the Defendant's negligence, George Busler's surviving spouse, Plaintiff Carol Busler, has incurred mental anguish.

27. As a direct and proximate result of the Defendant's negligence, George Busler's surviving spouse, Plaintiff Carol Busler, has incurred a loss of support from the reasonably expected capacity of decedent, George T. Busler.

WHEREFORE, Plaintiff respectfully request a judgment in her favor and against Defendant, in an amount that is fair and just and in excess of Seventy-Five Thousand

Dollars ($75,000.00), in addition to costs, reasonable attorney fees, and other relief that this Honorable Court deems just under the circumstances.

Respectfully submitted,

/s/ Charles E. Boyk
Charles E. Boyk
Michael A. Bruno
Andrea R. Young
Abagale E. McCurdy
*Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues triable by right.

Respectfully submitted,

/s/ Charles E. Boyk
Charles E. Boyk
Andrea R. Young
Michael A. Bruno
Abagale E. McCurdy
*Attorneys for Plaintiff*
