UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CAROL A. BUSLER, Individually and as Administratrix of the Estate of George T. Busler, deceased | CASE NO.: 1:23-cv-02111 <br><br> JUDGE: Christoper A. Boyko |

Plaintiff(s),

v.

PATRICK J. O'BLOCK

Defendant(s).

### ORDER OF DISBURSEMENT
### 28 U.S.C. § 1335 INTERPLEADER FUNDS

On June 6, 2024, Erie Insurance Exchange deposited $300,000.00 Interpleader funds meeting the IRS definition of a "disputed ownership fund (DOF)" as defined under 28 U.S.C. § 1335 into the registry of the Court pending the outcome of this action. This Court subsequently ordered the Clerk of Court to deposit said funds in interest-bearing Government Account Series securities via the Court Registry Investment System (CRIS) Disputed Ownership Fund (DOF) administered by the Administrative Office of the United States Courts.

Pursuant to this Court's Order dated October 29, 2024, the Clerk is hereby authorized and directed to withdraw the $300,000.00 principal plus all interest accrued less a fee of an annualized 20 basis points on assets on deposit for funds held in the DOF for the management of investments in the CRIS. According to the Court's Miscellaneous Fee Schedule, the CRIS fee is assessed from interest earnings to the pool before a pro rata distribution of

earnings is made to court cases. The Clerk will disburse remaining funds to:

Carol A. Busler, Administratrix of the Estate of George T. Busler c/o Charles E. Boyk Law Offices, LLC  $260,000.00 plus 87% interest accrued.

Donald Matthews c/o Rumizen Weisman Co. LTD.  $40,000.00 plus 13% interest accrued.

*/s/ Christopher A. Boyko*
_____
Judge Christopher A. Boyko

**The address and tax identification number of the recipient(s) have been provided to the Court.**