IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CAROL A. BUSLER, Individually and as Administratrix of the Estate of George T. Busler, deceased | ) ) ) ) | CASE NO. 1:23-cv-2111 |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| Plaintiff | ) ) | |
| | ) | **STIPULATION FOR DISMISSAL WITH** |
| vs. | ) | **PREJUDICE AND JUDGMENT ENTRY** |
| | ) | |
| PATRICK J. O'BLOCK | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ERIE INSURANCE EXCHANGE, | ) | |
| | ) | |
| Intervening New-Party Defendant | ) ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN MCHENRY, et al. | ) | |
| | ) | |
| Third-Party Defendants | ) | |

We, the attorneys for the respective parties, hereby stipulate that all claims among Plaintiff,

Defendant Patrick J. O'Block, Intervening New-Party Defendant Erie Insurance Exchange, and

Third-Party Defendant Donald Mathews are hereby settled and dismissed with prejudice, costs to

Defendant Patrick J. O'Block, and that the Court may enter an Order accordingly, notice by the

Clerk being hereby specifically waived.  The Court retains jurisdiction to enforce the settlement.

FINAL.

/s/ Charles E. Boyk
CHARLES E. BOYK (0000494)
MICHAEL A. BRUNO (0033780)
ANDREA R. YOUNG (0096334)
**CHARLES E. BOYK LAW OFFICES, LLC**
1500 Timberwolf Drive
Holland, OH  43528
(419) 241-1395 (T) * (419) 241-8731
cboyk@charlesboyk-law.com
mbruno@charlesboyk-law.com
ayoung@charlesboyk-law.com
*Attorneys for Plaintiff*

/s/ Beverly A. Adams
BEVERLY A. ADAMS (0074958)
**COLLINS, ROCHE, UTLEY & GARNER, LLC**
875 Westpoint Parkway, Suite 500
Cleveland, OH  44145
(216) 916-7730 (T) * (216) 916-7725 (F)
badams@cruglaw.com
*Attorney for Defendant Patrick J. O'Block*

/s/ Cari Fusco Evans
CARI FUSCO EVANS (0061864)
**FISCHER, EVANS & ROBBINS, LTD.**
3521 Whipple Ave., N.W.
Canton, OH  44718
(330) 244-0997 (T) * (330) 244-8966 (F)
cfevans@fer-law.net
*Attorney for Defendant Intervening Defendant*
*Erie Insurance Exchange*

/s/ Scott A. Rumizen
SCOTT A. RUMIZEN (0058561)
R. MATTHEW WEISMAN (0099087)
**RUMIZEN & WEISMAN CO., LTD.**
25201 Chagrin Blvd., Suite 270
Beachwood, OH  44122
(216) 658-5500 (T) * (216) 658-5100 (F)
srumizen@weismaninjury.com
mattweisman@weismaninjury.com
*Attorneys for Third-Party Defendant*
*Donald Mathews*

2

**IT IS SO ORDERED:**

_____

**JUDGE CHRISTOPHER A. BOYKO**